| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Erika Luna - CSB No. 260813<br>Law Office of Erika Luna<br>18000 Studebaker Rd. Suite 700<br>Cerritos, CA 90703<br>Telephone 310-292-1954<br>Fax 562-381-9099<br>ealunalegal@gmail.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>Stanley Pittman<br><br><br><br><br>Debtor(s). | CASE NO.: 6:24-bk-10080-SY<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1) DEEDS OF TRUST [OR MORTGAGES]**<br>**2) LEASES ON PERSONAL PROPERTY**<br>**3) PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |
|---|---|

I, (*Debtor's name*) _____ Stanley Pittman _____ , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on: 01/08/2024

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| Principal Residence 35886 Landon Ln Murrieta, CA 92562 | Name of Creditor (printed): Cal Vet Home Loans  (check one): ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (specify): _____ | $2,112.33 | 02/15/2024 | 02/12/2024 |
| | | $2112.33 | 03/15/2024 | 03/12/2024 |
| | | $2112.33 | 04/15/2024 | 04/30/2024 |
| Principal Residence 35886 Landon Ln Murrieta, CA 92562 | Name of Creditor (printed): Murrieta Vista Bella Homeowners Association  (check one) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☑ Other (specify): HOA | $306.66 | 02/15/2024 | 02/09/2024 |
| | | $385.80 | 03/15/2024 | 03/13/2024 |
| | | $385.80 | 04/15/2024 | 04/29/2024 |
| | Name of Creditor (printed): _____  (check one) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (specify): _____ | | | |
| | Name of Creditor (printed): _____  (check one) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (specify): _____ | | | |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    Page 2                    F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[3] | Date Mailed/ Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): _____ <br><br> (*check one*): <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*):_____ | | | |
| | Name of Creditor (*printed*): _____ <br><br> (*check one*) <br> ☒ Deed of Trust/Mortgage <br> ☒ Car loan <br> ☐ Lease <br> ☐ Other (*specify*):_____ | | | |
| | Name of Creditor (*printed*): _____ <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☒ Car loan <br> ☒ Lease <br> ☐ Other (*specify*):_____ | | | |

6. ☐ Continued on Attached Page.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/30/2024

BY: /s/ *signature*
Debtor Signature

Stanley Pittman
Debtor's Printed Name

---

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

08:53 

<     **e-Checking - 8825**     🔍

🔍 keyword, amount, or mm/dd/yyyy    📅

## Apr 30

ACH Transaction - CAL VET ZBA PAYMENT     **-$2,112.33**

## Apr 29

POS Debit - 8750 - V*YOGA-GO.IO_ADN LIMASSOL     **-$5.15**

POS Debit - 8750 - TARGET 0002 MURRIETA CA     **-$15.87**

POS Debit - 8750 -

# MURRIETA VISTA BELLA HOMEOWNERS ASSN

Landon Lane

C442-00080-02

Confirmation #: 20770592404291555336

If you wish to keep a record of payment please print or make note of the confirmation number posted above. Your payment will be posted to your account using the date noted below. All pending payments will take 1-4 days to be processed and 2-5 days for your bank account to be debited. You will not be able to make an additional payment while your current payment is pending. If you feel this is an error, please contact the Accounting Department at (949) 535-4533.

| | |
|---|---|
| Account Number | ...0439 |
| Routing Number | ...4269 |
| Posting Date | 04/29/2024 |
| Posting Time | 15:55:36 |

**Payment Amount**    **385.80**

**16:47**

# e-Checking - 8825

🔍 keyword, amount, or mm/dd/yyyy

## Mar 12

**ACH Transaction - CAL VET ZBA PAYMENT**  −$2,112.33

## Mar 11

**POS Debit - 8750 - WINCO FOODS #56 40435 Temecula CAUS**  −$75.79

**POS Debit - 8750 - TARGET 0002 MURRIETA CA**  −$51.87

**POS Debit - 8750 -**

**CHASE**

Terms and Conditions:
- Please keep this copy for your record of the transaction
- Money Orders are not valid for more than $1000
- The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
- The laws of a specific state will consider these funds to be "abandoned" if this Money Order is not cashed by a certain time.
- Placing a Stop Payment on a Money Order
  - Sender/Drawer can place a stop payment on an unpaid Money Order
  - Please visit a Chase Branch to place a stop and have the item re-issued
- Please visit a Chase branch to report a lost, stolen, or destroyed Money Order or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**MONEY ORDER**

Customer Copy
1127318151
03/13/2024

$** 385.80 **

Pay To The Order Of: _____

Pay: THREE HUNDRED EIGHTY FIVE DOLLARS AND 80 CENTS

NOT VALID FOR MORE THAN $1000.00

NON NEGOTIABLE

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

SENDER/DRAWER:

282111107 6/2

---

**MONEY ORDER**

**CHASE**

1127318151
Date  03/13/2024

Pay To The Order Of: Murrieta Vista Bella HoA

$** 385.8

THREE HUNDRED EIGHTY FIVE DOLLARS AND 80 CENTS

SENDER/DRAWER: [signature]

NOT VALID FOR MORE THAN $1000.00

Do not write outside this box
35884 Landon Lane

Memo: hoa Payment

ADDRESS: 35884 Landon Lane

JPMorgan Chase Bank, N.A.
Phoenix, AZ

Note: For information only. Comment has no effect on bank's payment.

13:15 

# e-Checking - 8825

🔍 keyword, amount, or mm/dd/yyyy

## Feb 13

**POS Debit - 8750 -**
**OFFSHORE AUTO SPA MURRIETA US**    **-$29.95**

**POS Debit - 8750 -**
**FIVE BELO 40473 MURRIE MURRIETA US**    **-$25.33**

**POS Debit - 8750 -**
**MCDONALD'S F14121 MURRIETA CA**    **-$16.00**

**POS Debit - 8750 -**
**AMZN MKTP US*RI19E AMZN COM/BILL WA**    **-$9.78**

| Transfer From Checking | $70.00 |
|---|---|

**Feb 12**

| ACH Transaction – CAL VET ZBA PAYMENT | -$2,112.33 |
|---|---|

 Accounts    Transfers    Deposits    Bill Pay   ••• More

**Navy Federal Credit Union**
PO Box 3000
Merrifield, VA 22119

**CASHIER'S CHECK**

Check No. 2603670353
02/09/2024
68-7497/2560

PAY TO THE ORDER OF    MURRIETA VISTA BELLA HOMEOWNERS ASSOCATION

Funds should be deposited within 90 days

$306.66

THREE HUNDRED SIX DOLLARS AND 66/100

REMITTER   STANLEY E PITTMAN
MEMO      FEBUARY HOA FEE

AUTHORIZED SIGNATURE

⁂008

---

**Navy Federal Credit Union**
PO Box 3000
Merrifield, VA 22119

**CASHIER'S CHECK**

Check No. 2603670353
Pay ID   OPF154474414

MURRIETA VISTA BELLA HOMEOWNERS ASSOCATION
35886 LANDON LN
MURRIETA, CA 92562-0406

---

**Navy Federal Credit Union**
PO Box 3000
Merrifield, VA 22119

**CASHIER'S CHECK**

Check No. 2603670353
02/09/2024
68-7497/2560

PAY TO THE ORDER OF    MURRIETA VISTA BELLA HOMEOWNERS ASSOCATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18000 Studebaker Rd. Suite 700 Cerritos, CA 90703

A true and correct copy of the foregoing document entitled: **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON: 1) DEEDS OF TRUST [OR MORTGAGES], 2) LEASES ON PERSONAL PROPERTY, 3) PURCHASE MONEY SECURITY LIENS IN PERSONAL PROPERTY [LBR 3015-1(e) and LBR 3015-1(m)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/30/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Rod Danielson - notice-efile@rodan13.com
United States Trustee - ustpregion16.rs.ecf@usdoj.gov

Ryan Stubbe -stubbe@roseman.law
Nichlas Spallas - bknotices@spallasjones.com
Performance Finance -bknotices@wayfinderbk.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 04/30/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/2024 | Erika Luna | /s/Erika Luna |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 4    F 3015-1.4.DEC.PRECONF.PYMTS

Case 6:24-bk-10080-SY    Doc 30    Filed 04/30/24    Entered 04/30/24 09:40:04    Desc
Main Document    Page 12 of 12

Attachment to Proof of Service: Creditors were served at the address listed.

Amer Cr Acpt
961 E Main St
Spartanburg, SC 29302

Credit Collection Serv
725 Canton St
Norwood, MA 02062
Sacramento, CA 95812-0000

Duvera Fin
1959 Palomar Oaks Way Ste 340
Carlsbad, CA 92011

Ebgperfin
1515 W 22nd Street
Oak Brook, IL 60523

Employment Development Dept
BK Group MIC 92E
PO BOX 826880
Sacramento, CA 94280-0000

Dp Vet Affai
Pob 942895
Sacramento, CA 94295

Franchise Tax Board
Attn BK Unit
PO Box 2952
Sacramento, CA 95812-0000

loan depot
26642 Towne Center Dr.
Foothill Ranch, CA 92610

Murrieta Vista Bella Home Owners Association
9860 Research Dr.
Suite 200
Irvine, CA 92618

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-0000

Militarystar
3911 Walton Walker
Dallas, TX 75266

Progressive Mgmt Syste
1521 W Cameron Ave Fl 1
West Covina, CA 91790

Southern California Edison
PO Box 600
Rosemead, CA 91771

Southwest Credit Syste
2629 Dickerson Pkwy
Carrollton, TX 75007